IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

PAUL M. GORDON                                                    PLAINTIFF

v.                          Case No. 13-6099

BONNIE LEE ANN DRAPER                                            DEFENDANT

**ORDER**

Now on this 10th day of December 2013, there comes on for consideration the report and recommendation filed herein on October 8, 2013, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 9). Also before the Court are Plaintiff's objections. (Doc. 10).

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Complaint is DISMISSED WITH PREJUDICE as no basis for federal jurisdiction exists. *See* 28 U.S.C. § 1915(e)(2)(B)(requirement that the Court screen *in forma pauperis* complaints to determine if the action is frivolous, malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief against a Defendant who is immune from suit). Plaintiff is advised that this dismissal is considered a "strike" for purposes of the Prison Litigation Reform Act. 28 U.S.C. § 1915(g).

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge